**EXHIBIT 4**





Munich Re Specialty Insurance　　　　　　　　　　　　　　　　　　　　　　　　3/4/2024
1700 Market Street
22nd Floor, Suite 2200
Philadelphia, PA 19103
Attn: William Brady

Mr. Brady

Your client Triple A Building Services is in breach of their contract. Primary investigations by your Co-surety SureScape Insurance indicates Triple A Building Services is insolvent.  Therefore 71 Construction is requesting payment under the bond provided by your Company to Triple A Building Services for the sum of Three Hundred Twenty Eight Thousand Three Hundred Twenty Three Thousand and 93/100s ($328,323.93) plus interest as noted in the contract agreement between Triple A Building Services and 71 Construction.

Included in this notification are the following exhibits.

1. Copies of Performance & Payment Bonds
2. Copy of Contract Agreement between Triple A Builders and 71 Constriction
3. Copy of E-mail from Triple A to 71 Construction stating balance owed.
4. Spreadsheet showing contract value changes.
5. Copies of Payments from Triple A Builders.

Your earliest response is appreciated so we do not have to pursue other rights and remedies.


Please feel free to contact me with any questions you may have.


John Ralph
71 Construction
Office Phone 307-235-2922
Cell Phone 307-262-7954
E-mail jralph@71construction.com

---

| | | |
|---|---|---|
| **7072 Barton Drive** | **820 Lough Drive** | **1304 Cessna** |
| **Casper, WY 82604** | **Riverton, WY 82501** | **Rawlins, WY 82301** |
| **Phone (307)235-2922** | **Phone (307-856-7171** | **Phone (307) 328-7171** |
| **Fax (307) 235-2922** | **Fax (307) 856-7191** | **Fax (307) 328-7171** |

www.71construction.com