**EXHIBIT 6**



Name: William Brady
Title: Senior Claims Specialist Surety
MRSI Claims
Munich Reinsurance America, Inc.
555 College Road East
Princeton, NJ 08540
Tel: +1-267-817-8501
Email : wbrady@munichre.com

June 6, 2024

<u>**Via E-mail only & U.S. Mail**</u>

Mr. Anthony A. Aguirre
Triple A Building Services, Inc.
410 Grand Ave. Ste. 307
P.O. Box 1027
Laramie, WY 82073
E: anthony@tabsincwy.com

  Re: Surety: American Alternative Insurance Corporation
     Bond no: S7A2SU0001232
     Principal: Triple A Building Services Inc.
     Obligee: USDOT Federal Highway Administration
     Project: Horse Creek Road
     Claim no. 2541910

Dear Mr. Aguirre:

  As you are aware, American Alternative Insurance Corporation (hereinafter "AAIC" or the "Surety") issued payment and performance bonds (the "Bonds") for Triple A Building Services, Inc. ("Triple A" or the "Principal") with regard to the captioned project (the "Project").  On or about March 4, 2024, 71 Construction submitted a $328,323.92 payment bond claim to AAIC on the above-referenced Project.  As of June 6, 2024, this claim remains unresolved.  By e-mails dated June 4th, 5th, and 6th, AAIC contacted Triple A and requested resolution of this claim.  To date, AAIC has not received the courtesy of a reply to these e-mails.  As a result of the foregoing, AAIC is exposed to the possibility of losses under the Bond.

  On or about August 18, 2022, you, individually, and on behalf of Triple A, executed and furnished to Surety a General Agreement of Indemnity (the "GAI"), a copy of which is enclosed for your review.  Pursuant to the GAI, you agreed, among other things, to fully exonerate, indemnify, and hold Surety harmless as more fully set forth in the GAI.  Based upon the foregoing, Surety demands that you immediately perform all of your obligations under the GAI, including but not limited to exonerating and indemnifying Surety from and against any and all liabilities, losses and expenses to which it may be exposed as a result of the circumstances described herein.

  You also agreed in the GAI to deposit with Surety, upon written demand, cash or an irrevocable letter of credit from a bank approved by Surety and in a form acceptable to Surety in the amount that Surety deems sufficient to collateralize and hold it harmless from and against, among other things, any and all potential liability under the Bonds, whether such liability is



contingent or noncontingent, disputed or undisputed. As a consequence of the foregoing, Surety hereby demands that you deposit with it $328,323.92 in collateral security. Pursuant to the GAI, your deposit of the collateral security demanded is due by the tenth business day after your receipt of this written demand.

Time is of the essence with regard to the foregoing, and we request that you contact the undersigned immediately to discuss demands set forth herein and your intentions with respect to performing your obligations under the GAI.

Nothing herein is intended as or should be deemed as a waiver of any of Surety's rights, claims, or defenses, all of which are expressly reserved. Similarly, nothing herein is intended as or should be construed as a waiver or modification of any of your obligations under the GAI. Surety further reserves the right under the GAI to make further demands upon you as it deems necessary or appropriate.

Very truly yours,

*William J. Brady*

William J. Brady

Cc: Scott Rons via e-mail at: srons@munichre.com
Erik Ulibarri via e-mail at: eeu@surescapeins.com